## FRISBIE v. COBURN.

No bond is required by statute, upon an appeal from a justice.

ERROR to reverse a judgment of the County Court, in dismissing an appeal from a justice, because no bond had been given upon said appeal.

Error assigned — That the statute does not require that bond should be given in such case.

Judgment — Manifest error.

By the COURT. All appeals are by statute, and the statute does not require that a bond should be given upon taking out an appeal from a justice. After this decision the general assembly altered the law, and required a bond to be given in such cases.